# Court of Appeals
# of the State of Georgia

ATLANTA,  September 10, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0139.  ESMERALDA HERNANDEZ v. ROBERT A. NICHOLS.

In this ejectment and dispossessory action, the superior court entered a default judgment in favor of Robert A. Nichols and against Esmeralda Hernandez and awarded Nichols a money judgment of $5,650.  Hernandez then filed a motion "To Stay Ejectment/Writ of Possession and/or Set Aside Judgment," asserting grounds under OCGA § 9-11-60.  After a hearing, the trial court denied Hernandez's motion, and she filed a motion for new trial.  The trial court denied the motion, and Hernandez filed this direct appeal.  We, however, lack jurisdiction for at least two reasons.

First, "the denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8). Hernandez's failure to follow the required appellate procedure deprives us of jurisdiction.

Second, appeals in all actions for damages in which the judgment is $10,000 or less shall comply with the discretionary appeals procedure.  OCGA § 5-6-35 (a) (6).  Because this suit is an action for damages and the judgment entered was less than $10,000, a discretionary application was required for this reason as well.  See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

Because Hernandez did not follow the proper procedure for requesting appellate review in this case, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
　　　　*Clerk's Office, Atlanta,　09/10/2019　　　　*
　　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*